**The LEISER LAW FIRM, PLLC, Plaintiff–Appellant,**

v.

**The SUPREME COURT OF VIRGINIA; the Circuit Court of Fairfax County, Virginia; Honorable Brett A. Kassabian, Judge, Circuit Court of Fairfax County, Virginia; Chief Justice Donald W. Lemons, Defendants–Appellees.**

No. 15–1581.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 30, 2015.

Decided: Feb. 5, 2016.

Phillip Ben–Zion Leiser, Leiser Law Firm, PLLC, Tysons Corner, Virginia, for Appellant. Mark R. Herring, Attorney General of Virginia, Rhodes B. Ritenour, Deputy Attorney General, Ronald N. Regnery, Senior Assistant Attorney General/Chief, Nicholas F. Simopoulos, Assistant Attorney General/Unit Manager, Erin R. McNeill, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before MOTZ, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The Leiser Law Firm, PLLC, appeals the district court's order granting the motion to dismiss its civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Leiser Law Firm, PLLC v. Supreme Ct. of Va.*, No. 1:14–cv–00407–LO–TCB, 2015 WL 1936356 (E.D.Va. Apr. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*